UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MOAK, | No. 2:15-cv-0640 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 2, 2016, the magistrate judge filed Findings and Recommendations herein (ECF No. 21) which were served on all parties and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days. Neither party has filed objections to the Findings and Recommendations.

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

///

1

1. The Findings and Recommendations filed February 2, 2016 (ECF No. 21) are ADOPTED IN FULL.

2. Defendant's Motion to Dismiss (ECF No. 12) is GRANTED as to Plaintiff's "Fourth" Amendment claim, but DENIED in all other respects.

3. Defendant is directed to file a responsive pleading as to Plaintiff's Fourteenth Amendment claim within fourteen days from the date this order is electronically filed.

IT IS SO ORDERED.

Dated:  March 3, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT