UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MOAK,<br><br>        Plaintiff,<br><br>     v.<br><br>SACRAMENTO COUNTY,<br><br>        Defendant. | No.  2:15-cv-0640 MCE KJN P<br><br><br>ORDER |

On July 19, 2016, defendant filed a request for reconsideration of the undersigned's order filed July 8, 2016, granting plaintiff's motion to quash the subpoena served on Correctional Health Services.  Defendant confirms that the subpoena was in fact served via electronic mail on the County of Sacramento's Correctional Health Services, specifically to Bret Butler, who is the custodian of records for County of Sacramento jail inmate medical records.  Defendant provided a declaration by the employee who served the subpoena, as well as a copy of plaintiff's deposition testimony in which he expresses no objection to the production of such medical records from his housing at the jail.  (ECF No. 33.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's request for reconsideration (ECF No. 33) is granted;

2. The order granting plaintiff's motion to quash the subpoena issued to the Correctional Health Services (ECF No. 32 at 6:6-10 (¶ 1 only) is vacated; and

3. Plaintiff's motion to quash such subpoena (ECF No. 28) is denied.

Dated:  July 21, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/moak0640.850